UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WELLBEST INDUSTRIES, LTD.,

    Plaintiff,

v.                                            Case No: 8:18-cv-2914-KKM-JSS

RETAIL CONSUMER SCIENCE,
LLC, LINDSEY BROOKS, and
JOE WEAVER,

    Defendants.
_____

## ORDER

Wellbest Industries, Ltd., moves for default judgment against Retail Consumer Science, LLC, Lindsey Brooks, and Joe Weaver. (Doc. 105; Doc. 106; Doc. 108.) The Magistrate Judge recommended that the Court grant the motions. (Doc. 112.)

The fourteen-day deadline for Defendants to object to the recommendation has passed (with an additional three-days permitted for mailing), and they have not objected. Nevertheless, the Court reviews the Magistrate Judge's legal conclusions de novo. *See Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994); *Ashworth v. Glades Cnty. Bd. of Cnty. Comm'rs*, 379 F. Supp. 3d 1244, 1246 (M.D. Fla. 2019) (Steele, J.). After review, the Court concludes that default judgment against Retail Consumer Science,

Brooks, and Weaver is appropriate for the reasons and to the extent the Magistrate Judge stated. (Doc. 112.)

Accordingly, the following is **ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Doc. 112) is **ADOPTED** and made a part of this Order for all purposes.

2. Plaintiff's Motion for Default Judgment against Retail Consumer Science, LLC, (Doc. 105) is **GRANTED** as to Counts I, II, and III, and **DENIED** as to Count IV, which is **DISMISSED**.

3. Plaintiff's Motion for Default Judgment against Lindsey Brooks (Doc. 106) is **GRANTED**.

4. Plaintiff's Motion for Default Judgment against Joe Weaver (Doc. 108) is **GRANTED**.

5. The Clerk is directed to **ENTER** judgment in Plaintiff's favor and against Retail Consumer Science, LLC, as to Counts I, II, and III; and against Lindsey Brooks and Joe Weaver as to Count V.

    a. The Court finds Plaintiff is entitled to an award of $356,578.10 in damages, and further directs the Clerk to **ENTER** judgment in Plaintiff's favor and against Defendants, jointly and severally, in the amount of $356,578.10.

      b. The Clerk is directed to **TERMINATE** any pending motions or deadlines and to **CLOSE** this case.

6. The Court finds that Plaintiff is entitled to reasonable attorney's fees and costs. Plaintiff must file a motion on attorney's fees and costs **within 45 days of this Order,** as required in Local Rule 7.01(c).

**ORDERED** in Tampa, Florida, on January 5, 2022.

*Kathryn Kimball Mizelle*
Kathryn Kimball Mizelle
United States District Judge