UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WELLBEST INDUSTRIES, LTD.,

    Plaintiff,

v.                                        Case No: 8:18-cv-2924-KKM-JSS

RETAIL CONSUMER SCIENCE,
LLC, et al.,

    Defendants.
_____

## ORDER

The Court granted default judgment and closed this case on January 5, 2022. Eugene Kim, a pro se non-party now files an "assignment of the judgment" and motion to file electronically. Notice (Doc. 115); Mot. to File Electronically (Doc. 116). The general rule is that pro se litigants must file paper documents with the Court and must establish "that an exemption is necessary to avoid unreasonable burdens and to promote access to information." *See Ogilvie v. Millsaps*, No. 8:15-CV-2477-T-36JSS, 2015 WL 6688343, at *1 (M.D. Fla. Oct. 30, 2015). Kim provides no reason he faces an "unreasonable burden[]" that justifies an exemption to the general rule requiring paper filing. Additionally, this case has been closed for over a year, Kim filed no motion to intervene, and he provides no reason he, as neither the plaintiff nor the defendant in the original case,

should be allowed to file documents at this stage. The Court notes that any member of the public can access electronic records of the federal courts by registering online with PACER. Accordingly, Kim's motion (Doc. 116) is **DENIED**.

**ORDERED** in Tampa, Florida, on August 8, 2023.

Kathryn Kimball Mizelle
United States District Judge